**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Criminal No. 1:22-MJ-00037-JCN** |
| | ) | |
| | ) | |
| **HEATHER MITCHELL** | ) | |

**MOTION TO SEAL**

The United States moves that the complaint in this case, as well as all associated docket entries, be sealed. The public disclosure of the fact that a complaint has been filed could result in the flight of the defendant, the destruction of evidence, or danger to law enforcement officers who seek to effectuate the defendant's arrest.

The Government requests that the complaint and associated docket entries be unsealed upon the defendant's arrest.

Date: 3/10/22

Darcie N. McElwee
United States Attorney

/s/ Raphaelle A. Silver
Assistant U.S. Attorney